

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00131-CV

| | | |
|---|---|---|
| In re Bobby Deon Davis and York Landscaping, LLC | § | Original Proceeding |
| | § | From the 153rd District Court |
| | § | of Tarrant County (153-250823-11) |
| | § | May 20, 2014 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relators Bobby Deon Davis and York Landscaping, LLC.  We conditionally grant Relators' petition.  Writ will issue only if Respondent fails to amend the order partially granting a new trial to more specifically set out the reasons for which she set aside the jury verdict and granted a new trial as to actual damages.

It is further ordered that Real Parties in Interest Kali Marie Wood and Kari Feris shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker